UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY EMERSON,<br><br>Plaintiff,<br><br>v.<br><br>IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC., et al.,<br><br>Defendants. | Case No. 20-cv-08607-YGR (AGT)<br><br>**ORDER RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 24 |

The parties' joint statement is unhelpful. It raises a litany of discovery issues without detailing any of them to the extent needed for the Court to evaluate the merits. For each disputed topic, the parties must provide factual background, cite to and attach the relevant documents (e.g., excerpts of discovery requests and responses, deposition testimony), cite to the relevant legal authority, and clearly state their positions. If necessary, the parties should submit separate joint statements to address discrete topics.

The Court is also not convinced that the parties' met and conferred on each issue raised in their joint statement. Lead counsel for each side must do so, and if a dispute remains, counsel must certify to the Court (in any future joint statement) the start and end times of the meet and confer session and the topics discussed. Any future joint statement must also comply with Part VII.B of the undersigned's civil standing order, which is available at cand.uscourts.gov/judges/tse-alex-g-agt/.

**IT IS SO ORDERED.**

Dated: June 8, 2021

ALEX G. TSE
United States Magistrate Judge