UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY EMERSON,<br>　　　　　Plaintiff,<br>　v.<br>IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC., et al.,<br>　　　　　Defendants. | Case No. 20-cv-08607-YGR (AGT)<br><br>**ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION**<br>Re: Dkt. No. 28 |

Defendants' request for relief from the Court's joint-statement requirement is denied. For clarification, before the parties file a joint statement, their counsel must meet and confer in person or by videoconference about any issue they intend to address in the joint statement. If counsel satisfied this requirement before the Court entered its June 8 order (Dkt. 26), they need not duplicate their efforts. But if counsel have yet to meet and confer about a particular discovery issue, they must do so before bringing that issue to the Court.

**IT IS SO ORDERED.**

Dated: June 28, 2021

ALEX G. TSE
United States Magistrate Judge