UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY EMERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-08607-YGR (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 38 |

The Court agrees with the points made by Emerson (dkt. 38 at 4–5), with one exception,[1] and so denies Iron Mountain's motion to quash Emerson's subpoena to non-party Karen Camp.

Camp may raise her own objections to the subpoena at the appropriate time. For example, if she believes that her testimony on certain topics will breach her contractual obligations to Iron Mountain, she may make that objection during her deposition. Iron Mountain may not make objections on Camp's behalf. Camp is a non-party and no longer is affiliated with Iron Mountain.

As counsel for Iron Mountain are unavailable to attend Camp's deposition on the date set by Emerson, July 29, 2021, counsel must provide Emerson and Camp with three dates on which they are available within the next three weeks. Unless leave is granted, Camp's deposition must take place by August 17, 2021.

**IT IS SO ORDERED.**

Dated: July 27, 2021

ALEX G. TSE
United States Magistrate Judge

---

[1] The Court need not (and does not) currently consider whether any agreements between Camp and Iron Mountain include terms that are "retaliatory and in violation of public policy." (*Id.* at 4.)