UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY EMERSON,**<br><br>       Plaintiff,<br><br>   vs.<br><br>**IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC., ET AL.,**<br><br>       Defendants. | Case No.: 20-CV-8607-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH THIS COURT'S STANDING ORDER IN CIVIL CASES** |

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

Counsel for plaintiff is hereby **ORDERED TO SHOW CAUSE** why plaintiff and/or her counsel should not be sanctioned for failing to comply with Section 9(a) of the Court's Standing Order in Civil Cases requiring a response to a moving party's letter requesting a pre-filing conference within three (3) business days. Defendant Iron Mountain Information Management Services, Inc. filed its letter requesting a pre-filing conference on October 18, 2021. Under the Standing Order, plaintiff's response to the letter was due October 21, 2021. To date, plaintiff has failed to file a response.

Counsel shall file both a response to defendant's letter and a response to this Order by no later than **Friday, October 29, 2021**. A hearing on this Order to Show Cause shall be held, if necessary, at the same time as the pre-filing conference which will be set in due course.

**IT IS SO ORDERED.**

Dated: October 26, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**