UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KIMBERLY EMERSON,**<br><br>     Plaintiff,<br><br>     vs.<br><br>**IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC. AND INFORMATION MOUNTAIN INCORPORATED,**<br><br>     Defendants. | CASE NO. 20-CV-08607-YGR<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONDITIONALLY DISMISSING CASE UPON NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 82 |

The parties have filed a joint notice of settlement. (Dkt. No. 82.) Accordingly, the Court hereby **DISCHARGES** the October 26, 2021 Order to Show Cause without sanctions. **IT IS ORDERED** that this case is **DISMISSED** and any currently set dates in this matter are **VACATED**. **IT IS FURTHER ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that this case should be reopened, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: October 27, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**